360 A.2d 662

COMMONWEALTH

v.

SCOTT, Appellant.

Submitted March 22, 1976. Ronald F. Kidd, andDuane, Morris & Heckscher, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.